IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IRAKLI ZHUZHIASHVILI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 25-3189-JWL |
| ) | |
| C. CARTER, Warden, FCI-Leavenworth; ) | |
| RICARDO WONG, Field Office Director, ) | |
|    ICE ERO Chicago; and ) | |
| TODD LYONS, Acting Director, ) | |
|    Immigration and Customs Enforcement; ) | |
| KRISTI NOEM, Secretary, ) | |
|    Department of Homeland Security; and ) | |
| PAMELA BONDI, Attorney General, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| _____) | |

## ORDER TO SHOW CAUSE

Petitioner, through counsel, has filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials after he was granted withholding of removal. The Court finds that a responsive pleading is required.

IT IS THEREFORE ORDERED BY THE COURT THAT respondents are required to show cause on or before **October 6, 2025**, why the writ should not be granted; and that petitioner is granted until **October 27, 2025**, to file a traverse thereto, admitting or denying under oath all factual allegations contained in the response. Copies of this Order shall be transmitted to the parties and the United States Attorney for the District of Kansas.

IT IS SO ORDERED.

Dated this 15th day of September, 2025, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge